# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHN L. BLAKE,                          : No. 114 EM 2014
:
        Petitioner                      :
:
:
:
        v.                              :
:
:
:
DISTRICT ATTORNEY OF                    :
PHILADELPHIA COUNTY, ET. AL,            :
:
        Respondent                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.